IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN KINSEY, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| LOUISVILLE LADDER, INC, et al. | : | NO. 10-1864 |
| Defendant. | : | |

### ORDER

AND NOW, this 18th day of August based on the foregoing Memorandum, it is hereby ORDERED as follows:

    1.    Defendant's motion for summary judgment is **DENIED**; and

    2.    Counsel shall file pretrial memoranda no later than September 6, 2011. A telephone conference will be held with counsel on September 7, 2011 at 11:30 a.m. Plaintiff's counsel will initiate the call, and when all parties are on the line, counsel will call chambers at 267.299.7520.

    BY THE COURT:

    /s Michael M. Baylson

    Michael M. Baylson, U.S.D.J.

O:\CIVIL 09-10\10-1864 Kinsey v. Louisville Ladder\Kinsey v. Louisville Ladder, Inc. 10-1864 MSJ ORDER.wpd